**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sylvester Lawrence                  CHAPTER 13

                Debtor(s)

                                             BKY. NO. 22-13379 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                                                          Respectfully submitted,

                                               /s/ *Michael Farrington*
                                               Michael Farrington
                                               30 Dec 2022, 11:02:37, EST

                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322