12/28/22   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

Sylvester Lawrence to withdraw Case 22-13379. No longer want to proceed with Claim

140 Elderberry Drive
Levittown PA, 19054

FILED
JAN 4 2023
TIMOTHY MCGRATH CLERK